IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHN HENRY WILLIAMS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE |
| VS. | : | NO. 1:05-CV-151 (HL) |
| | : | |
| ROD WILLIAMS, SEAN EDGAR, | : | |
| DAVID GARLAND, and KEVIN LEE,: | | |
| | : | |
| Defendants. | : | |

NOTICE OF FILING OF MOTION TO DISMISS

Defendant SEAN EDGAR has filed a motion seeking dismissal of the above-styled action alleging plaintiff's failure to state a claim upon which relief may be granted as to him, plaintiff's alleged perjury in his affidavit in support of his motion to proceed herein *in forma pauperis,* and the running of the two year statute of limitations in this § 1983 action. The plaintiff is advised of his opportunity to respond to the Defendant's motion to dismiss pursuant to the dictates of the following notice:

Since plaintiff is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Plaintiff is advised that:

(1) a MOTION TO DISMISS has been filed herein by Defendant Barnhart;

(2) plaintiff has the right to oppose the granting of said motion; and

(3) if plaintiff fails to oppose said motion, his complaint may be dismissed.

Plaintiff is further advised that under the procedures and policies of this court, motions to

dismiss are normally decided on briefs.  The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PLAINTIFF HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF THE MOTION**.  Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motion to dismiss.   <u>There</u> <u>would</u> <u>be</u> <u>no</u> <u>trial</u> <u>or</u> <u>further</u> <u>proceedings</u> herein.

Accordingly, the plaintiff may file a response to said motion to dismiss **WITHIN TWENTY(20) DAYS OF RECEIPT OF THIS ORDER.**  Thereafter, the court will consider the motion and any opposition to same filed by the plaintiff.

**SO NOTICED**, this 19th day of April 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE