IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JOHN HENRY WILLIAMS, | : |
| Plaintiff, | : |
| v. | : 1:05-CV-151(WLS) |
| ROD WILLIAMS, SEAN EDGAR, DAVID GARLAND, KEVIN LEE, | : |
| Defendants. | : |

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 5), filed March 21, 2006. It is recommended that portions of the complaint be dismissed as being barred by the statute of limitation. Plaintiff has not filed a timely objection.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. 4) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusion reached herein. Accordingly, Plaintiff's allegations of cruel and unusual punishment during the alleged illegal arrest and unlawful use of force are **DISMISSED** as being time barred by the statute of limitations.

SO ORDERED, this   21st   day of June, 2006.

  /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**United States District Court**

1