IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| JOHN HENRY WILLIAMS, | : | |
| Plaintiff, | : | |
| v. | : | 1:05-CV-151 (WLS) |
| ROD WILLIAMS, et. al., | : | |
| Defendants. | : | |

## O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 33), filed February 21, 2007. It is recommended that the motions to dismiss filed by Defendants Sean Edgar, Williams and Lee be granted. (Doc. Nos. 12, 17, 20). Further, it is recommended that the complaint against Defendant David Garland be dismissed for failure to perfect service. After being provided notice of the filing of said motion and being told of the importance of responding to said motion by the Court, Plaintiff failed to respond in anyway to the motion for summary judgment. Likewise, Plaintiff has not filed a timely, or any, objection to the recommendation.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. No. 3) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Defendants' motions to dismiss (Doc. Nos. 12, 17, 20) are **GRANTED.** Further, the complaint against Defendant David Garland is **DISMISSED** for Plaintiff's failure to perfect service on said Defendant.

SO ORDERED, this __16th__ day of March, 2007.

    /s/W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**United States District Court**